1  Thomas P. Cartmell, 45366
   Thomas J. Preuss, 54923
2  Christopher L. Schnieders, 57725
   **Wagstaff & Cartmell LLP**
3  4740 Grand Avenue, Suite 300
   Kansas City, Missouri 64112
4  Telephone: 816-701-1100
   Facsimile: 816-531-2372
5  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Alex Thomas v. Pfizer Inc., et al.*<br>Case No. 06-0722 CRB<br><br>*Sherman Dobbs v. Pfizer Inc., et al.*<br>Case No. 06-2320 CRB<br><br>*Irene Pierre o/b/o Archie Pierre v. Pfizer Inc., et al.*<br>Case No. 08-0183 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12-28, 2009    By: _____

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372

*Attorneys for Plaintiffs*

DATED: January 26, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE